433 A.2d 545

Feloman, Appellant v. Price, etc., et al.

Argued December 4, 1979. Robert A. Rovner, for appellant; Jerome J. Verlin, for appellees.

Before PRICE, WATKINS and HOFFMAN, JJ.

Decree affirmed.

433 A.2d 545

George et al., Appellants v. Gephart et al.

Khalil et al., Appellants v. Gephart et al.

Petition for Allowance of Appeal Denied July 24, 1981.

Argued November 12, 1979. John W. Jordan, IV for appellants; James F. Manley, for Bituminous Cas. Co., appellee; Charles J. Duffy, Jr., for Hartford Ins. Co., appellee.

Before HESTER, MONTGOMERY and LIPEZ, JJ.

The orders of the Court of Common Pleas of Allegheny County are affirmed on the opinion of Judge Silvestri.

HESTER, J., filed a memorandum concurring and dissenting statement.